```
            IN THE UNITED STATES BANKRUPTCY COURT
                 FOR THE DISTRICT OF MARYLAND
```

In re:                          *

MATT GUZIK                      *    Case No. 14-2-1901-JS
                                     (Chapter 7)
                                *
     Debtor
*    *    *    *    *    *    *

MATT GUZIK                      *    Adversary No. 14-0-0723

     Plaintiff                  *

v.                              *

FORD MOTOR CREDIT COMPANY LLC   *

     Defendant                  *

*    *    *    *    *    *    *    *    *    *    *    *    *

## OPPOSITION TO AMENDED MOTION FOR SUMMARY JUDGMENT

Ford Motor Credit Company LLC, by its attorney, Michael J. Klima, Jr., files its opposition to the Amended Motion For Summary Judgment. The Plaintiff continues to fail to assert any facts that cannot be disputed to support any such factual position by citing to particular parts of materials in the record. F.R.Civ.P. 56(c)(1), F.R.Bankr.P. 7056. Accordingly, Defendant requests the Court deny the Amended Motion For Summary Judgment.

      /s/ Michael J. Klima, Jr.
Michael J. Klima, Jr. #25562
810 Glen Eagles Court
Suite 312
Baltimore, MD 21286
(410)837-1140
Attorney File: 10-2037

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of December, 2014, a copy of the foregoing Opposition To Amended Motion For Summary Judgment was mailed, first class, postage prepaid, to:

Marc A. Ominsky, Esquire
10632 Little Patuxent Parkway
Suite 249
Columbia, MD 21044

Marc H. Baer
Chapter 7 Trustee
455 Main Street
Reisterstown, MD 21136

      /s/ Michael J. Klima, Jr.
Michael J. Klima, Jr.