IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | | |
|---|---|---|
| IN RE:   MATT GUZIK | * | Case No. 14-21901 JFS |
| Debtor | * | Chapter 7 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

| | | |
|---|---|---|
| MATT GUZIK | * | |
| Plaintiff | * | |
| v. | * | Adversarial No.: 14-00723 |
| FORD MOTOR CREDIT COMPANY, LLC | * | |
| Defendant. | * | |

\* \* \* \* \* \* \* \* \*

**STATUS REPORT**

COME NOW, Plaintiff, Matt Guzik, by and through his undersigned counsel and presents the following status report to this Court:

1. The discovery period for this matter expired on December 30, 2014.

2. An Amended Motion for Summary Judgment was filed by Plaintiff on December 11, 2014 and a hearing is scheduled on said Motion for March 26, 2015.

3. The exhibits and list of witnesses required by Local Rule 7016-1(c) shall be filed by or before March 15, 2015.  Plaintiff intends to subpoena at least one witness of Defendant pursuant to FRCP 30(b)(6) and said subpoena shall be issued prior to the March 15, 2015 date.

3. Should the case move forward, subsequent to the March 26, 2015 summary judgment hearing, then the Plaintiff shall be ready for the April 20, 2015 trial.

1

Dated:  February 16, 2015                              Respectfully submitted,

                                                      /s/ Marc A. Ominsky
                                                      Marc A. Ominsky
                                                      10632 Little Patuxent Pkwy
                                                      Suite 249
                                                      Columbia, MD 21044
                                                      (443)539-8712
                                                      marc@mdlegalfirm.com

                                                      Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY, that on this 17th day of February 2015, a copy of the foregoing Status was delivered via the Court's ECF system and/or first-class mail, postage prepaid, to the (1) US Trustee, (2) the Chapter 7 case trustee, and to (3) Michael J. Klima, Jr., attorney for Defendant.

                                                      /s/ Marc A. Ominsky
                                                     Marc A. Ominsky