



Click to Print This Page

| Employee Name | Work Location | | Advice No. |
|---|---|---|---|
| MATTHEW J GUZIK | 0733 MDBAL PKG 2121 | 3 | 0733763791 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 4111194 | XXX-XX-0313 | S 03 | S | 00 | 05/23/2014 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 05/11/2014 | 05/17/2014 | 939.37 | 206.16 | 183.30 | 549.91 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 18.75 | | | | TAXES | | |
| REGULAR | 18.750 | | 39.63 | 743.06 | FICA | 58.24 | 622.59 |
| OVERTIME | 28.125 | | 6.98 | 196.31 | FICA MEDICARE | 13.62 | 145.61 |
| TOTAL HOURS WORKED | | | 46.61 | | FEDERAL TAX | 91.51 | 642.84 |
| CURRENT TOTALS | | | | 939.37 | ST TAX- MD | 42.79 | 436.97 |
| Y-T-D TOTALS | | 586.20 | | 10,041.80 | TOTALS | 206.16 | |
| | | | | | DEDUCTIONS | | |
| | | | | | WAGE ATT 1 | 183.30 | 183.30 |
| | | | | | TOTALS | 183.30 | |
| VAC 0.00 H | OPD | 0.00 D | | | OTH 0.00 D | | |

| Address Verification Area | 729 BRIDGE DRIVE | | | UNITED PARCEL SERVICE, INC. | | |
| | PASADENA | MD | 21122 | 55 GLENLAKE PARKWAY NE | | |
| | | | | ATLANTA | GA | 30328 |

Go to UPSers.com for information about how the American Taxpayer Relief Act of 2012 may impact your paycheck.

Go To: Payroll and Compensation Home

Return to Search    Previous in List    Next in List

Personalize Page



Click to Print This Page

| Employee Name | Work Location | Advice No. |
|---|---|---|
| MATTHEW J GUZIK | 0733 MDBAL PKG 2121   3 | 0733766003 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 4111194 | XXX-XX-0313 | S 03 | S 00 | | 05/27/2014 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 05/18/2014 | 05/24/2014 | 462.74 | 75.56 | 96.79 | 290.39 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 18.75 | | | | TAXES | | |
| RETRO-OT | | | 46.27 | 54.68 | FICA | 28.69 | 651.28 |
| RETRO-ST | | | 382.02 | 408.06 | FICA MEDICARE | 6.71 | 152.32 |
| TOTAL HOURS WORKED | | | 0.00 | | FEDERAL TAX | 20.01 | 662.85 |
| CURRENT TOTALS | | | | 462.74 | ST TAX- MD | 20.15 | 457.12 |
| Y-T-D TOTALS | | | 586.20 | 10,504.54 | TOTALS | 75.56 | |
| | | | | | DEDUCTIONS | | |
| | | | | | WAGE ATT 1 | 96.79 | 280.09 |
| | | | | | TOTALS | 96.79 | |

Address Verification Area

729 BRIDGE DRIVE            UNITED PARCEL SERVICE, INC.
PASADENA        MD   21122  55 GLENLAKE PARKWAY NE
                            ATLANTA         GA    30328

**Go to UPSers.com for information about how the American Taxpayer Relief Act of 2012 may impact your paycheck.**

Go To: Payroll and Compensation Home

[Return to Search]  [Previous in List]  [Next in List]

Personalize Page |



Click to Print This Page

| Employee Name | Work Location | Advice No. |
|---|---|---|
| MATTHEW J GUZIK | 0733 MDBAL PKG 2121   3 | 0733768118 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 4111194 | XXX-XX-0313 | S 03 | S | 00 | 05/30/2014 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 05/18/2014 | 05/24/2014 | 829.13 | 175.96 | 163.29 | 489.88 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 18.75 | | | | TAXES | | |
| REGULAR | 18.750 | | 39.57 | 741.94 | FICA | 51.41 | 702.69 |
| OVERTIME | 28.125 | | 3.10 | 87.19 | FICA MEDICARE | 12.02 | 164.34 |
| TOTAL HOURS WORKED | | | 42.67 | | FEDERAL TAX | 74.97 | 737.82 |
| CURRENT TOTALS | | | | 829.13 | ST TAX- MD | 37.56 | 494.68 |
| Y-T-D TOTALS | | | 628.87 | 11,333.67 | TOTALS | 175.96 | |
| | | | | | DEDUCTIONS | | |
| | | | | | WAGE ATT 1 | 163.29 | 443.38 |
| | | | | | TOTALS | 163.29 | |
| VAC 0.00 H | OPD 0.00 D | | | | OTH 0.00 D | | |

| Address Verification Area | 729 BRIDGE DRIVE | UNITED PARCEL SERVICE, INC. |
|---|---|---|
| | PASADENA   MD   21122 | 55 GLENLAKE PARKWAY NE |
| | | ATLANTA   GA   30328 |

**Go to UPSers.com for information about how the American Taxpayer Relief Act of 2012 may impact your paycheck.**

Go To: Payroll and Compensation Home



https://ep1.ups.com/gems-secure/psc/hrprod/EMPLOYEE/HRMS/c/M_UPS_MENU.VW_...   7/29/2014

Personalize Page



Click to Print This Page

| Employee Name | Work Location | Advice No. |
|---|---|---|
| MATTHEW J GUZIK | 0733 MDBAL PKG 2121   3 | 0733770210 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 4111194 | XXX-XX-0313 | S 03 | S 00 | | 06/05/2014 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 05/25/2014 | 05/31/2014 | 643.59 | 125.11 | 129.62 | 388.86 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 18.75 | | | | TAXES | | |
| RETRO-ST | | | | 643.59 | FICA | 39.90 | 742.59 |
| TOTAL HOURS WORKED | | | 0.00 | | FICA MEDICARE | 9.33 | 173.67 |
| CURRENT TOTALS | | | | 643.59 | FEDERAL TAX | 47.14 | 784.96 |
| Y-T-D TOTALS | | | 628.87 | 11,977.26 | ST TAX- MD | 28.74 | 523.42 |
| | | | | | TOTALS | 125.11 | |
| | | | | | DEDUCTIONS | | |
| | | | | | WAGE ATT 1 | 129.62 | 573.00 |
| | | | | | TOTALS | 129.62 | |

Address Verification Area

729 BRIDGE DRIVE                    UNITED PARCEL SERVICE, INC.
PASADENA        MD    21122         55 GLENLAKE PARKWAY NE
                                    ATLANTA          GA    30328

Go to UPSers.com for information about how the American Taxpayer Relief Act of 2012 may impact your paycheck.

Go To: Payroll and Compensation Home

Return to Search    Previous in List    Next in List

Personalize Page 



Click to Print This Page

| Employee Name | Work Location | | Advice No. |
|---|---|---|---|
| MATTHEW J GUZIK | 0733 MDBAL PKG 2121 | 3 | 0733770579 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 4111194 | XXX-XX-0313 | S 03 | S | 00 | 06/06/2014 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 05/25/2014 | 05/31/2014 | 771.28 | 160.10 | 152.79 | 458.39 |

| Earnings ||||| Taxes - Deductions - Misc |||
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 18.75 | | | | TAXES | | |
| REGULAR | 18.750 | | 32.00 | 600.00 | FICA | 47.82 | 790.41 |
| OVERTIME | 28.125 | | 6.09 | 171.28 | FICA MEDICARE | 11.18 | 184.85 |
| TOTAL HOURS WORKED | | | 38.09 | | FEDERAL TAX | 66.29 | 851.25 |
| CURRENT TOTALS | | | | 771.28 | ST TAX- MD | 34.81 | 558.23 |
| Y-T-D TOTALS | | 666.96 | | 12,748.54 | TOTALS | 160.10 | |
| | | | | | DEDUCTIONS | | |
| | | | | | WAGE ATT 1 | 152.79 | 725.79 |
| | | | | | TOTALS | 152.79 | |
| VAC 0.00 H | OPD 0.00 D | | | | OTH 0.00 D | | |

| Address Verification Area | 729 BRIDGE DRIVE | UNITED PARCEL SERVICE, INC. |
|---|---|---|
| | PASADENA    MD    21122 | 55 GLENLAKE PARKWAY NE |
| | | ATLANTA    GA    30328 |

Go to UPSers.com for information about how the American Taxpayer Relief Act of 2012 may impact your paycheck.

Go To: Payroll and Compensation Home

[Return to Search]  [Previous in List]  [Next in List]

Personalize Page



Click to Print This Page

| Employee Name | Work Location | | Advice No. |
|---|---|---|---|
| MATTHEW J GUZIK | 0733 MDBAL PKG 2121 | 3 | 0733773069 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 4111194 | XXX-XX-0313 | S 03 | S | 00 | 06/13/2014 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 06/01/2014 | 06/07/2014 | 891.94 | 193.17 | 229.69 | 469.08 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 18.75 | | | | TAXES | | |
| REGULAR | 18.750 | | 39.17 | 734.44 | FICA | 55.30 | 845.71 |
| OVERTIME | 28.125 | | 5.60 | 157.50 | FICA MEDICARE | 12.94 | 197.79 |
| TOTAL HOURS WORKED | | | 44.77 | | FEDERAL TAX | 84.39 | 935.64 |
| CURRENT TOTALS | | | | 891.94 | ST TAX- MD | 40.54 | 598.77 |
| Y-T-D TOTALS | | | 711.73 | 13,640.48 | TOTALS | 193.17 | |
| | | | | | DEDUCTIONS | | |
| | | | | | WAGE ATT 1 | 174.69 | 900.48 |
| | | | | | UNIONDUE | 55.00 | 89.00 |
| | | | | | TOTALS | 229.69 | |
| VAC 0.00 H | OPD 0.00 D | | | | OTH 0.00 D | | |

| Address Verification Area | 729 BRIDGE DRIVE | | | UNITED PARCEL SERVICE, INC. | | |
|---|---|---|---|---|---|---|
| | PASADENA | MD | 21122 | 55 GLENLAKE PARKWAY NE | | |
| | | | | ATLANTA | GA | 30328 |

**Go to UPSers.com for information about how the American Taxpayer Relief Act of 2012 may impact your paycheck.**

**Go To:** Payroll and Compensation Home



Personalize Page | 



Click to Print This Page

| Employee Name | Work Location | Advice No. |
|---|---|---|
| MATTHEW J GUZIK | 0733 MDBAL PKG 2121   3 | 0733775502 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 4111194 | XXX-XX-0313 | S 03 | S 00 | | 06/20/2014 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 06/08/2014 | 06/14/2014 | 1,052.63 | 244.37 | 202.06 | 606.20 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 18.75 | | | | TAXES | | |
| REGULAR | 18.750 | | 40.00 | 750.00 | FICA | 65.26 | 910.97 |
| OVERTIME | 28.125 | | 10.76 | 302.63 | FICA MEDICARE | 15.26 | 213.05 |
| TOTAL HOURS WORKED | | | 50.76 | | FEDERAL TAX | 115.68 | 1,051.32 |
| CURRENT TOTALS | | | | 1,052.63 | ST TAX- MD | 48.17 | 646.94 |
| Y-T-D TOTALS | | 762.49 | | 14,693.11 | TOTALS | 244.37 | |
| | | | | | DEDUCTIONS | | |
| | | | | | WAGE ATT 1 | 202.06 | 1,102.54 |
| | | | | | TOTALS | 202.06 | |
| VAC 0.00 H | OPD 0.00 D | | | | OTH 0.00 D | | |

| Address Verification Area | | |
|---|---|---|
| 729 BRIDGE DRIVE | | UNITED PARCEL SERVICE, INC. |
| PASADENA   MD   21122 | | 55 GLENLAKE PARKWAY NE |
| | | ATLANTA   GA   30328 |

**Go to UPSers.com for information about how the American Taxpayer Relief Act of 2012 may impact your paycheck.**

Go To: Payroll and Compensation Home



Personalize Page



Click to Print This Page

| Employee Name | Work Location | Advice No. |
|---|---|---|
| MATTHEW J GUZIK | 0733 MDBAL PKG 2121    3 | 0733777964 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 4111194 | XXX-XX-0313 | S 03 | S | 00 | 06/27/2014 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 06/15/2014 | 06/21/2014 | 454.41 | 73.29 | 95.28 | 285.84 |

| Earnings | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |

| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
|---|---|---|---|---|---|---|---|
| CURRENT PAY RATE | 18.75 | | | | TAXES | | |
| REGULAR | 18.750 | | 16.00 | 300.00 | FICA | 28.18 | 939.15 |
| OVERTIME | 28.125 | | 5.49 | 154.41 | FICA MEDICARE | 6.59 | 219.64 |
| TOTAL HOURS WORKED | | | 21.49 | | FEDERAL TAX | 18.76 | 1,070.08 |
| CURRENT TOTALS | | | | 454.41 | ST TAX- MD | 19.76 | 666.70 |
| Y-T-D TOTALS | | 783.98 | | 15,147.52 | TOTALS | 73.29 | |
| | | | | | DEDUCTIONS | | |
| | | | | | WAGE ATT 1 | 95.28 | 1,197.82 |
| | | | | | TOTALS | 95.28 | |
| VAC 0.00 H | | OPD 0.00 D | | | OTH 0.00 D | | |

| Address Verification Area | 729 BRIDGE DRIVE | UNITED PARCEL SERVICE, INC. |
|---|---|---|
| | PASADENA      MD    21122 | 55 GLENLAKE PARKWAY NE |
| | | ATLANTA        GA    30328 |

**Go to UPSers.com for information about how the American Taxpayer Relief Act of 2012 may impact your paycheck.**

Go To: Payroll and Compensation Home



Personalize Page



Click to Print This Page

| Employee Name | Work Location | Advice No. |
|---|---|---|
| MATTHEW J GUZIK | 0733 MDBAL PKG 2121   3 | 0733780493 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 4111194 | XXX-XX-0313 | S 03 | S 00 | | 07/03/2014 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 06/22/2014 | 06/28/2014 | 966.00 | 213.46 | 235.13 | 517.41 |

| Earnings |||||  Taxes - Deductions - Misc |||
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 18.75 | | | | TAXES | | |
| REGULAR | 18.750 | | 40.00 | 750.00 | FICA | 59.89 | 999.04 |
| OVERTIME | 28.125 | | 7.68 | 216.00 | FICA MEDICARE | 14.01 | 233.65 |
| TOTAL HOURS WORKED | | | 47.68 | | FEDERAL TAX | 95.50 | 1,165.58 |
| CURRENT TOTALS | | | | 966.00 | ST TAX- MD | 44.06 | 710.76 |
| Y-T-D TOTALS | | | 831.66 | 16,113.52 | TOTALS | 213.46 | |
| | | | | | DEDUCTIONS | | |
| | | | | | WAGE ATT 1 | 188.13 | 1,385.95 |
| | | | | | UNIONDUE | 47.00 | 136.00 |
| | | | | | TOTALS | 235.13 | |
| VAC 0.00 H | OPD 0.00 D | | | | OTH 0.00 D | | |

| Address Verification Area | 729 BRIDGE DRIVE | | UNITED PARCEL SERVICE, INC. | |
| | PASADENA | MD  21122 | 55 GLENLAKE PARKWAY NE | |
| | | | ATLANTA | GA  30328 |

**Go to UPSers.com for information about how the American Taxpayer Relief Act of 2012 may impact your paycheck.**

Go To: Payroll and Compensation Home



Personalize Page | 



Click to Print This Page

| Employee Name | Work Location | | Advice No. |
|---|---|---|---|
| MATTHEW J GUZIK | 0733 MDBAL PKG 2121 | 3 | 0733783088 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 4111194 | XXX-XX-0313 | S 03 | S | 00 | 07/11/2014 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
|  | 06/29/2014 | 07/05/2014 | 663.28 | 130.50 | 133.19 | 399.59 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 18.75 | | | | TAXES | | |
| REGULAR | 18.750 | | 32.00 | 600.00 | FICA | 41.12 | 1,040.16 |
| OVERTIME | 28.125 | | 2.25 | 63.28 | FICA MEDICARE | 9.61 | 243.26 |
| TOTAL HOURS WORKED | | | 34.25 | | FEDERAL TAX | 50.09 | 1,215.67 |
| CURRENT TOTALS | | | | 663.28 | ST TAX- MD | 29.68 | 740.44 |
| Y-T-D TOTALS | | 865.91 | | 16,776.80 | TOTALS | 130.50 | |
| | | | | | DEDUCTIONS | | |
| | | | | | WAGE ATT 1 | 133.19 | 1,519.14 |
| | | | | | TOTALS | 133.19 | |
| VAC 0.00 H | OPD 0.00 D | | | | OTH 0.00 D | | |

| Address Verification Area | 729 BRIDGE DRIVE | | UNITED PARCEL SERVICE, INC. | |
|---|---|---|---|---|
| | PASADENA | MD  21122 | 55 GLENLAKE PARKWAY NE | |
| | | | ATLANTA | GA  30328 |

Go to UPSers.com for information about how the American Taxpayer Relief Act of 2012 may impact your paycheck.

**Go To:** Payroll and Compensation Home



8/14/2014   https://ep1.ups.com/gems-secure/ps...rprod/EMPLOYEE/HRMS/c/M_UPS_MENU.VW_PYCHK_(    L?Page=PYCHKDAT_M&Action=U&TargetFr...

Personalize Page

Click to Print This Page



```
MATTHEW J GUZIK                 0733 MDBAL PKG 2121    3    0733785600


4111194      XXX-XX-0313  S 03      S  00                  07/18/2014


07/06/2014  07/12/2014    910.88       194.76     197.25      518.87


        CURRENT PAY RATE    18.75                TAXES
- REGULAR   18.750      40.00    750.00  FICA            56.48    1,096.64
- OVERTIME  28.125       5.72    160.88  FICA MEDICARE   13.21      256.47
- TOTAL HOURS WORKED    45.72            FEDERAL TAX     84.50    1,300.17
- CURRENT TOTALS                 910.88  ST TAX- MD      40.57      781.01
- Y-T-D TOTALS         911.63 17,687.68    TOTALS       194.76
                                          DEDUCTIONS
                                         PRU 401K    2  18.22       18.22
                                         WAGE ATT 1    179.03    1,698.17
                                           TOTALS      197.25
- VAC  0.00  H    OPD  0.00  D            OTH  0.00  D
```

```
729 BRIDGE DRIVE              UNITED PARCEL SERVICE, INC.
PASADENA       MD   21122     55 GLENLAKE PARKWAY NE
                              ATLANTA             GA    30328
```

Go to UPSers.com for information about how the American Taxpayer Relief Act of 2012 may impact your paycheck.

Go To: Payroll and Compensation Home

Return to Search | Previous in List | Next in List

Click to Print This Page



| Employee Name | Work Location | | Advice No. |
|---|---|---|---|
| MATTHEW J GUZIK | 0733 MDBAL PKG 2121 | 3 | 0733553672 |

| Employee ID | Tax ID | Fed Status | St Wrk | St Res Status | Advice Date |
|---|---|---|---|---|---|
| 4111194 | XXX-XX-0313 | S 03 | S | 00 | 07/25/2014 |

| Earnings Statement | Period Begin | Period End | Total Earned | Total Taxes | Total Deducted | Net Amount |
|---|---|---|---|---|---|---|
| | 07/13/2014 | 07/19/2014 | 868.41 | 183.29 | 188.65 | 496.47 |

| Earnings | | | | | Taxes - Deductions - Misc | | |
|---|---|---|---|---|---|---|---|
| Description | Rate | Miles | Hours | Gross | Description | Current | YTD |
| CURRENT PAY RATE | 18.75 | | | | TAXES | | |
| REGULAR | 18.750 | | 40.00 | 750.00 | FICA | 53.84 | 1,150.48 |
| OVERTIME | 28.125 | | 4.21 | 118.41 | FICA MEDICARE | 12.59 | 269.06 |
| TOTAL HOURS WORKED | | | 44.21 | | FEDERAL TAX | 78.26 | 1,378.43 |
| CURRENT TOTALS | | | | 868.41 | ST TAX- MD | 38.60 | 819.61 |
| Y-T-D TOTALS | | 955.84 | | 18,556.09 | TOTALS | 183.29 | |
| | | | | | DEDUCTIONS | | |
| | | | | | PRU 401K  2 | 17.37 | 35.59 |
| | | | | | WAGE ATT 1 | 171.28 | 1,869.45 |
| | | | | | TOTALS | 188.65 | |
| VAC 0.00 H | OPD 0.00 D | | | | OTH 0.00 D | | |

| Address Verification Area | 729 BRIDGE DRIVE | | UNITED PARCEL SERVICE, INC. |
| | PASADENA   MD   21122 | | 55 GLENLAKE PARKWAY NE |
| | | | ATLANTA   GA   30328 |

**Go to UPSers.com for information about how the American Taxpayer Relief Act of 2012 may impact your paycheck.**

Go To: Payroll and Compensation Home

Return to Search | Previous in List | Next in List