

**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | Case No. 14-21901-JS |
| MATT GUZIK, | * | |
| Debtor. | * | (Chapter 7) |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

| | | |
|---|---|---|
| MATT GUZIK, | * | |
| Plaintiff | * | |
| v. | * | Adv. Proc. No. 14-00723-JS |
| FORD MOTOR CREDIT COMPANY, LLC | * | |
| Defendant. | * | |

\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*　\*

### *ORDER GRANTING PLAINTIFF'S AMENDED*
### *MOTION FOR SUMMARY JUDGMENT*

For the reasons set forth in the Memorandum Opinion filed simultaneously

herewith, the plaintiff's amended motion for summary judgment is hereby

**GRANTED.**

**END OF ORDER**

cc:   Marc H. Baer, Esquire
      455 Main Street
      Reisterstown, MD 21136
      443-712-2529
      Chapter 7 Trustee

      Matt Guzik
      729 Bridge Drive
      Pasadena, MD 21122
      Plaintiff

      Marc A. Omisnky, Esquire
      Century Plaza Building
      10632 Little Patuxent Parkway, Suite 249
      Columbia, MD 21044
      Counsel for Plaintiff

      Ford Motor Credit Company, LLC
      c/o Registered Agent
      The Corporation Trust, Inc.
      351 West Camden Street
      Baltimore, MD 21201
      Defendant

      Michael J. Klima, Jr., Esquire
      Thieblot Ryan P.A.
      810 Gleneagles Court , Suite 312
      Towson, MD 21286-2237
      Counsel for Defendant