SO ORDERED

Date signed March 21, 2016



*James F. Schneider*
**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

REGISTRY OF JUDGMENTS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| In re: | * | Case No. 14-21901-JS |
| MATT GUZIK, | * | |
|     Debtor. | * | (Chapter 7) |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

| | | |
|---|---|---|
| MATT GUZIK, | * | |
|     Plaintiff | * | |
| v. | * | Adv. Proc. No. 14-00723-JS |
| FORD MOTOR CREDIT COMPANY, LLC | * | |
|     Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### *ORDER ENTERING MONEY JUDGMENT*

Pursuant to Federal Rule of Bankruptcy Procedure 7054 and in accordance with the Memorandum Opinion filed simultaneously herewith, it is, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that judgment is granted against defendant, Ford Motor Credit Company, LLC, and in favor of plaintiff Matt Guzik, in the amount of $1,869.45, plus $1,000.00 in attorney's fees, plus interest at the federal judgment rate as of the date of entry of this order.

**END OF ORDER**

cc:  Marc H. Baer, Esquire
     455 Main Street
     Reisterstown, MD 21136
     443-712-2529
     Chapter 7 Trustee

     Matt Guzik
     729 Bridge Drive
     Pasadena, MD 21122
     Plaintiff

     Marc A. Omisnky, Esquire
     Century Plaza Building
     10632 Little Patuxent Parkway, Suite 249
     Columbia, MD 21044
     Counsel for Plaintiff

Ford Motor Credit Company, LLC
c/o Registered Agent
The Corporation Trust, Inc.
351 West Camden Street
Baltimore, MD 21201
Defendant

Michael J. Klima, Jr., Esquire
Thieblot Ryan P.A.
810 Gleneagles Court , Suite 312
Towson, MD 21286-2237
Counsel for Defendant

2